# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **MARTHA F. OWENS**, Individually, and as the Executrix of the Estate of Andrew T. Fuller; **SUSAN ROCKETT**; **DONALD ABNER POPE JR.**; and **REFUSE MATERIALS, INC.**,<br><br>       Plaintiffs,<br><br>v.<br><br>**STIFEL, NICOLAUS & COMPANY, INC.**,<br><br>       Defendant. | Civil Action No. 7:12-CV-144 (HL) |

## ORDER

This case is before the Court on Defendant's Motion to Stay (Doc. 19). The motion is granted. Discovery in this case is stayed until the Court rules on Plaintiffs' Motion to Amend. Once an order is entered on the Motion to Amend, the Court will set a new discovery schedule.

**SO ORDERED**, this the 15th day of May, 2013.

                                                            *s/ Hugh Lawson*
                                                            **HUGH LAWSON, SENIOR JUDGE**

mbh