IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MARTHA F. OWENS, Individually, and as the Executrix of the Estate of Andrew T. Fuller; SUSAN ROCKETT; DONALD ABNER POPE JR.; and REFUSE MATERIALS, INC.,

   Plaintiffs,

v.

STIFEL, NICOLAUS & COMPANY, INC. and ANTHONY JOHN FISHER,

   Defendants.

Civil Action No. 7:12-CV-144 (HL)

## ORDER

The Court held a telephone conference on November 18, 2013 to discuss several outstanding discovery matters. This Order memorializes the rulings made during the conference.

1. Stifel, Nicolaus is ordered to produce to Plaintiffs' counsel the names of all former and current Stifel, Nicolaus clients who had any dealings with Anthony Fisher relating to Cardiac Network, Inc. The names must be produced by the close of business on November 18, 2013. Counsel for Plaintiffs may not contact these clients by any means until November 26, 2013.

2. Stifel, Nicolaus is ordered to produce to the Court all documents listed in its privilege log no later than December 2, 2013 for an *in camera* inspection. The documents and privilege log must be produced in a legible form,

and the sender and receipent(s) must be identified (i.e., Jim Smith is in-house counsel; Jane Johnson is the branch manager). In addition, a detailed explanation as to why each document is privileged must be provided.

3.     Both parties are ordered to reclassify all documents produced during discovery and identify which documents are responsive to what request(s) for production. This information must be exchanged no later than December 2, 2013.

**SO ORDERED**, this the 18th day of November, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh