# EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| MARTHA F. OWENS, Individually, and as the Executrix of the Estate of Andrew T. Fuller; SUSAN ROCKETT; DONALD ABNER POPE, JR.; and REFUSE MATERIALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STIFEL, NICOLAUS & COMPANY, INC.; and ANTHONY JOHN FISHER, <br><br> Defendants. | CIVIL ACTION NO.: <br> 7:12 –CV-144 (HL) |

### AFFIDAVIT OF BRENT J. SAVAGE, JR.

COMES NOW, Brent J. Savage, Jr. being duly sworn before an officer authorized to administer oaths, and states as follows:

1.

I am of legal age and the facts stated in this Affidavit are based upon my personal knowledge.

2.

I am an attorney licensed to practice law in the State of Georgia.

3.

I represent Plaintiffs Martha F. Owens, Individually, and as the Executrix of the Estate of Andrew T. Fuller, Susan Rockett, Donald Abner Pope, Jr., and Refuse Materials, Inc. in this case.

4.

Plaintiffs filed their Amended Complaint on August 6, 2013. Service was effected on Defendant Anthony John Fisher on August 20, 2013.

5.

As evidenced by the Docket in this action, Defendant Anthony John Fisher has failed to file an Answer as of the date below.

This 23rd day of December, 2013.

_____
Brent J. Savage, Jr.

Sworn to and subscribed before me this 23 day of December, 2013.

_____
Notary Public

BETH BELUE
Notary Public, Chatham County, GA
My Commission Expires July 28, 2014