IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARTHA F. OWENS, Individually, and as the Executrix of the Estate of Andrew T. Fuller; SUSAN ROCKETT; DONALD ABNER POPE, JR.; and REFUSE MATERIALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STIFEL, NICOLAUS & COMPANY, INC., <br><br> Defendant. | CIVIL ACTION NO.: 7:12 –CV-144 (HL) |

## ORDER ON PLAINTIFFS' MOTIONS TO SUBSTITUTE

HAVING READ AND CONSIDERED Plaintiffs' Motions to Substitute Susan Rockett as Administrator of the Estate of Andrew T. Fuller and to Substitute Susan Rockett as the Executrix of Martha F. Owens' Estate, IT IS HEREBY ORDERED that: (1) Susan Rockett is substituted in place of Martha F. Owens as the Administrator of the Estate of Andrew T. Fuller; and (2) Susan Rockett substituted in place of Martha F. Owens as the duly appointed Executrix of Martha Owen's Estate.

SO ORDERED, this __9th__ day of __September__, 2014.

                                                __s/ Hugh Lawson__
                                                Hon. Hugh Lawson
                                                Judge, Middle District of Georgia