IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SUSAN ROCKETT, Individually and as the Administrator for the ESTATE OF ANDREW T. FULLER, and as the Executrix of the ESTATE OF MARTHA F. OWENS,<br><br>    Plaintiffs,<br><br>v.<br><br>STIFEL, NICOLAUS & COMPANY, INC. and ANTHONY JOHN FISHER,<br><br>    Defendants. | Civil Action No. 7:12-CV-144 (HL) |

**ORDER**

This case is before the Court on Plaintiffs' Motion for Reconsideration. (Doc. 175). Plaintiffs ask the Court to reconsider the decision to grant Defendant's Motion in Limine to Exclude Evidence Regarding Anthony Fisher's Arrest for Domestic Battery. (Doc. 116). At the pretrial conference held on October 24, 2014, the Court ruled that any evidence pertaining Fisher's past arrest for domestic violence is irrelevant and inadmissible. Upon reviewing the documents submitted by Plaintiffs' in support of their motion, the Court is not persuaded to alter its initial ruling. Accordingly, Plaintiffs' motion for reconsideration is denied.

**SO ORDERED** this 30th day of October, 2014.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**

aks